Eastern District of Kentucky
**FILED**

JUN 0 8 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

CRIMINAL ACTION NO. 01-76-KSF-1

UNITED STATES OF AMERICA            PLAINTIFF

v.            **OPINION & ORDER**

JEFFERSON MICHAEL HAMILTON            DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is currently before the Court upon the Report and Recommendation issued by the United States Magistrate Judge on May 22, 2009, recommending that the defendant, Jefferson Michael Hamilton, be found to have violated the terms of his supervised release and that he be sentenced to the custody of the Attorney General for a period of 18 months to be followed by a 42 month term of supervised release. The Magistrate Judge further recommends that the defendant be sentenced as close to his residence as the Bureau of Prisons deems feasible and that he have access to the 500 hour drug treatment program during this period of incarceration. Upon release and resumption of the 42 month term of supervised release, the Magistrate Judge recommends that the defendant participate in drug/alcohol treatment and counseling at the direction and discretion of his probation officer. The defendant having filed no objections, and the time for filing such objections having expired, this matter is ripe for review.

The defendant pled guilty to one count of Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Methamphetamine and was sentenced on January 25, 2002 to 57 months imprisonment to be followed by 5 years of supervised release. His term of supervised release began on May 16, 2006. He has been charged with violating the terms of his supervised release,

specifically the requirement that he not commit another federal, state, or local offense based on his arrest and conviction in Ripley County, Indiana of Attempted Theft, a 4th degree felony. According to the Indiana authorities, the defendant was attempting to steal anhydrous ammonia from a local co-op when he was chased by the police. A K-9 unit tracking the defendant found other items consistent with the manufacture of methamphetamine in a plastic bag apparently dropped by the defendant during the chase. The defendant has admitted to violating the terms of his supervised release.

Based on the evidence, testimony, and argument presented at the evidentiary hearing on May 22, 2009, the Magistrate Judge determined that the defendant indeed violated the terms of his supervised release. With respect to the appropriate sentence, the Magistrate Judge relied on Application Note 1 to Sentencing Guideline 7B1.1 and found that the conduct described by the Indiana authorities amounts to a Grade A violation which, when combined with a criminal history Category of I results in a sentencing range of 12 to 18 months. Because this violation is similar to his original offense involving the manufacture of methamphetamine, and in an effort to make the defendant eligible for intensive drug treatment and counseling, the Magistrate Judge recommends a sentence of 18 months imprisonment, to be followed by a 42 month period of supervised release.

The defendant failed to file objections to the Magistrate Judge's Report and Recommendation. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed findings of fact and recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the Court to a Magistrate Judge's proposed findings of fact and

recommendation waives the right to appeal. *Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that:

(1) the evidence reflects that the defendant has violated the terms of his supervised release;

(2) the Magistrate Judge's Report and Recommendation [DE # 83] is ADOPTED as and for the opinion of the Court;

(3) judgment will be entered contemporaneously with this order.

This the 5th day of June, 2009.



Signed By:
Karl S. Forester  KSF
United States District Judge

Karl S. Forester, Senior Judge